### SAVANNAH ELECTRIC COMPANY v. HOWARD.

BECK, J.　1. Considered in the light of the evidence and the entire charge, no such errors are shown in the portions of the charge excepted to or in the alleged omissions to charge as require the grant of a new trial.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*

AUGUST 10, 1915.

Action for damages. Before Judge Charlton. Chatham superior court. March 14, 1914.

*Osborne & Lawrence,* for plaintiff in error.

*Twiggs & Gazan,* contra.

---

### JOHNSON, administrator, v. McINTIRE.

BECK, J.　There was sufficient evidence to authorize the verdict in the case, and it can not be held that there was no evidence to authorize the giving of that part of the charge which is excepted to in the motion for a new trial.　　*Judgment affirmed. All the Justices concur.*

AUGUST 10, 1915.　REHEARING DENIED SEPTEMBER 18, 1915.

Claim. Before Judge Charlton. Chatham superior court. June 16, 1914.

*H. W. Johnson* and *T. M. Cunningham Jr.,* for plaintiff in error.

*F. P. McIntire,* contra.

---

### WASHINGTON v. TURNER, executor.

LUMPKIN, J.　Under the decision in *Smith* v. *DuBose,* 78 *Ga.* 413, 432 (3 S. E. 309, 6 Am. St. R. 260), there was no error in directing a verdict in this case. No other question was argued in the brief of counsel for the plaintiff in error.

*Judgment affirmed. All the Justices concur.*

AUGUST 10, 1915.

Probate of will. Before Judge Charlton. Chatham superior court. June 11, 1914.

*Oliver & Oliver,* for plaintiff in error.

*F. P. McIntire,* contra.